DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MACK DANIEL CORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3122

[January 21, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 50-1992-CF-006649-AXXX-MB.

Mack Daniel Core, Homestead, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, 411 So. 3d 392 (Fla. 2025); *Hughes v. State*, 901 So. 2d 837, 839–46 (Fla. 2005).

MAY, GERBER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***